UNITED STATES of America,
Plaintiff–Appellee,

v.

Gabriel PEREZ–BRIONES,
Defendant–Appellant.

No. 06–40673
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 4, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Gabriel Perez–Briones has filed an unopposed motion to summarily affirm the conviction and summarily vacate the sentence and remand for resentencing in light of *Lopez v. Gonzales*, —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), and *United States v. Estrada–Mendoza*, 475 F.3d 258 (5th Cir.2007). The motion is GRANTED, the conviction is AF-FIRMED, the sentence is VACATED, and the case is REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.